| | |
|---|---|
| 1 | JAMES E. HART, Bar No. 194168 |
| | jhart@littler.com |
| 2 | DUSTIN BODAGHI, Bar No. 271501 |
| | dbodaghi@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 2050 Main Street |
| 4 | Suite 900 |
| | Irvine, CA 92614 |
| 5 | Telephone: 949.705.3000 |
| | Facsimile: 949.724.1201 |
| 6 | |
| 7 | ASHLEY BRICK, Bar No. 281657 |
| | abrick@littler.com |
| 8 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 9 | Los Angeles, CA 90067.3107 |
| | Telephone: 310.553.0308 |
| 10 | Facsimile: 310.553.5583 |
| 11 | Attorneys for Defendant |
| | STONELEDGE FURNITURE, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FORSYTH, an individual; ADAM MORGAN, an individual; DERRICK J. GRAY, an individual, | Case No. 2:18-cv-00113 |
| Plaintiffs, | **DECLARATION OF TROY MULLER IN SUPPORT OF DEFENDANT STONELEDGE FURNITURE, LLC'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§1332, 1441, 1446** |
| v. | |
| STONELEDGE FURNITURE, LLC, a corporate entity form unknown d/b/a ASHLEY FURNITURE; and DOES 1-50, inclusive, | |
| Defendants. | |
| | Complaint Filed: October 19, 2017 |
| | Trial Date: N/A |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

I, Troy Muller, declare the following:

1. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review and knowledge of the business records and files of Defendant STONELEDGE FURNITURE, LLC ("Defendant"), and could testify to the same if called as a witness in this matter. I make this Declaration in support of Defendant's Notice of Removal of Civil Action pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

2. I am currently the Vice President of Finance for Ashley Furniture Industries, Inc. ("Ashley"). In this position, my current job duties include maintaining the books and records of the companies and overseeing corporate governance. I also act in a similar capacity for Defendant Stoneledge Furniture, LLC and Ashley Global Retail, LLC. I am thus familiar with the operations of these entities.

3. Defendant Stoneledge Furniture, LLC is a limited liability corporation that is wholly owned by Ashley Global Retail, LLC ("Ashley Global Retail").

4. In my capacity as Vice President of Finance for Ashley, I am readily familiar with the day-to-day business operations of Defendant and Ashley Global Retail and have access to information and reports maintained and generated in the ordinary course of business concerning their employees and operations.

5. Ashley Global Retail is a limited liability company organized under the laws of the State of Delaware. Ashley Global Retail's operations management, human resources, finance, information technology, distribution operations, legal and sales and marketing are managed from both the Ashley Arcadia headquarters in Wisconsin and the Ashley Global Retail headquarters in Tampa, Florida.

6. Most of the corporate-wide decisions relating to Ashley Global Retail are made from Arcadia, Wisconsin and Florida, including decisions regarding corporate policy; decisions regarding the purchase, financing and leasing of real properties; legal decisions; significant decisions regarding contracts and other purchasing; decisions regarding Ashley's press releases and public affairs; decisions regarding banking

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

relationships and cash management accounts; decisions regarding payroll; decisions regarding revenue management; decisions regarding safety and security policy-making; and policy decisions regarding advertising and marketing.

7. Defendant Stoneledge Furniture, LLC is a Wisconsin limited liability company with its headquarters located in Arcadia, Wisconsin.  As Vice President of Finance, I have been responsible for maintaining the books and records of the companies and overseeing corporate governance.  Defendant Stoneledge Furniture, LLC's human resources, finance, information technology, legal and sales and marketing are managed from the Arcadia headquarters.

8. Most of the corporate-wide decisions relating to Defendant Stoneledge Furniture, LLC are made from Arcadia, Wisconsin and/or Florida, including decisions regarding corporate policy; decisions regarding the purchase, financing and leasing of real properties; legal decisions; significant decisions regarding contracts and other purchasing; decisions regarding Stoneledge Furniture, LLC's press releases and public affairs; decisions regarding banking relationships and cash management accounts; decisions regarding accounting policies; decisions regarding revenue management; decisions regarding safety and security policy-making; and setting budget limits or making policy decisions regarding advertising and marketing.

9. I have access to Defendant's personnel records filed and thereafter maintained in the ordinary course of business by Defendant at or near the time of their creation.  I reviewed the Complaint filed by Plaintiffs David Forsyth, Adam Morgan, and Derrick J. Gray ("Plaintiffs").  At all times referenced in the Complaint, Plaintiffs were employed by Defendant in California in the same position.

10. Plaintiff David Forsyth was employed by Defendant from on or about April 4, 2016 to November 10, 2016.  The last day Mr. Forsyth worked for Defendant was on or about October 16, 2016.   During that period of time, Company records reflect he earned approximately $14,337, which included earnings of $10 per hour in base pay and additional weekly incentive pay.

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2.

11. Plaintiff Adam Morgan was employed by Defendant from on or about April 18, 2016 to September 19, 2016. During that period of time, Company records reflect he earned approximately $9,417.17, which included earnings of $10 per hour in base pay and additional weekly incentive pay.

12. Plaintiff Derrick J. Gray was employed by Defendant from on or about April 4, 2016 to October 18, 2016. During that period of time, Company records reflect he earned approximately $17,370.19, which included earnings of $10 per hour in base pay and additional weekly incentive pay.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed this 4th day of January 2018, at Arcadia, Wisconsin.

_____
TROY MULLER

Firmwide:151987006.7 061736.1025

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3.